IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREGORY B.  JACKSON a/k/a GREGORY
JACKSON,

                                                   10cv0518
        Plaintiff(s),                        **ELECTRONICALLY FILED**

     v.

KIMBERLY EASTON of W.P.X.I/N.B.C.,
CITY OF PITTSBURGH EMPLOYEES,
ALLEGHENY COUNTY EMPLOYEES,
STATE OF PENNSYLVANIA EMPLOYEES,

        Defendant(s).

## **Order of Court**

It is hereby ORDERED that all communication with the Court shall be in the form of a written motion(s) which shall be filed on the electronic case management and filing system (CM/ECF) in compliance with Section I, Paragraph A of the Practices and Procedures of this Court.

Given the documented history of plaintiff's prior improper contacts with the United States Court of Appeals for the Fifth Circuit, (see In re: Gregory Jackson, 5th Cir. No. 09-10374), it is further ORDERED that Plaintiff shall not communicate with the Court, or its staff, by telephone, email, fax or, in person, except by written motion as outlined above.

Failure to obey this Order may result in a finding of contempt of Court and/or imposition of sanctions.

SO ORDERED this 10th day of May, 2010.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:   All Registered ECF Counsel and Parties

Gregory B. Jackson
1214 Pennsylvania Avenue
Pittsburgh, PA 15233
412-321-8486
PRO SE PLAINTIFF